IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                       Case No. 6:18-cr-60015

DAGAN TURNER                                                                                DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued on August 11, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 42.  Judge Bryant recommends that Defendant's Motion to Vacate (ECF No. 38) pursuant to 28 U.S.C. § 2255 be denied for failure to file his motion within the statute of limitations.  Judge Bryant notes that § 2255 motions to vacate have a one-year statute of limitations from the date a judgment becomes final.  Judge Bryant further notes that Defendant's judgment became final on November 15, 2019, but Defendant did not file the instant motion until June 1, 2021, well past the one-year deadline.  Judge Bryant also contends that Defendant has not demonstrated sufficient circumstances to excuse his delay and apply equitable tolling to his motion.  Therefore, Judge Bryant concludes that Defendant's motion must fail for being untimely.

Defendant has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation (ECF No. 42) *in toto*.  Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (ECF No. 38) is hereby **DENIED**.

**IT IS SO ORDERED**, this 17th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge